UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023
```

------------------------------------------------------------------ X
      :
SANJAY SOOKUL, *on behalf of himself and all others*   :
*similarly situated*,    :
      :
                Plaintiffs,   :
      :
    -against-      :
      :
FRESH CLEAN THREADS, INC.,    :
      :
                Defendant.   :
      :
------------------------------------------------------------------ X

1:23-cv-10164-GHW

<u>ORDER</u>

GREGORY H. WOODS, District Judge:

      For the reasons discussed during the December 20, 2023 conference, Plaintiff is granted

leave to file an amended complaint under Federal Rule of Civil Procedure 15(a)(2).  Any amended

complaint must be filed and served no later than January 22, 2024.

      SO ORDERED.

Dated:  December 20, 2023
New York, New York

                    GREGORY H. WOODS
                  United States District Judge
```