```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
SANJAY SOOKUL, *on behalf of himself and all others  :
similarly situated*,                                                                  :
:                   1:23-cv-10164-GHW
Plaintiffs,   :
:                           ORDER
-against-                         :
:
FRESH CLEAN THREADS, INC.,                              :
:
Defendant.   :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

As discussed during the February 9, 2024 conference, the deadline for Defendant to file and serve its motion to dismiss is April 5, 2024. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

In light of the anticipated motion to dismiss, the initial pretrial conference previously scheduled for March 20, 2024 is adjourned *sine die*, as are the parties' obligations pursuant to the Notice of Initial Pretrial Conference order, Dkt. No. 5.

SO ORDERED.

Dated: February 10, 2024
New York, New York
                                                                              _____
                                                                                     GREGORY H. WOODS
                                                                                  United States District Judge